ORIGINAL

CHRISTOPHER ALBERTI
ELIZABETH ALBERTI
15047 Joanne Avenue
San Jose, CA 95127
(408) 561-5249

E-FILING

ADR

FILED
JUN 05 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HRL

| | |
|---|---|
| Kenneth Ashizawa,<br><br>Plaintiff(s),<br><br>vs.<br><br>Christopher Alberti, Elizabeth Alberti, DOES I through V, Inclusive,<br><br>Defendant(s). | CASE/DOCKET:<br>CV 17 3223<br><br>**Notice of Removal** |

BY FAX

TO THE CLERK OF THE ABOVE-TITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE:

PLEASE TAKE NOTICE that defendant Christopher Alberti & Elizabeth Alberti ("Defendant") hereby removes to this Court the above-captioned action described further below:

**1. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.**

On 5/8/17, Plaintiff, Kenneth Ashizawa, ("Plaintiff") filed an unlawful detainer action in the Superior Court of California, County of Santa Clara, entitled:

Kenneth Ashizawa
vs
Christopher Alberti, Elizabeth Alberti,
DOES I through V, Inclusive.

Defendant's Demurrer to the complaint for unlawful detainer was based on a defective Notice to quit. A copy of the relevant pleadings, i.e., summons, complaint, and Demurrer are attached hereto as "Exhibit A."

1. This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. § 1446(b).

2. There are no other named Defendants in the action.

3. No previous request has been made for the relief requested.

4. The Superior Court of California for the County of Santa Clara is located within the Northern District of California. Sec 28 U.S.C. § 84(c)(1). Thus, venue is proper in this Court because it is the "district and divisions embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. This Action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. § 1441(a) and/or (b). The complaint presents federal questions. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. § 1367.

**2. FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 and §1441.**

7. The complaint for Unlawful Detainer is subject to strict notice requirements.

8. Defendant filed the Demurrer to the complaint based on a 3-Day Notice, i.e., Notice to Pay Rent or Quit, that failed to comply with *Code of Civil Procedure* § 1161(2).

9. Notwithstanding said violation of *Code of Civil Procedure* § 1161(2), the Superior Court for the County of Santa Clara did not sustain the Demurrer.

10. Federal question exists because Defendant's Demurrer, a pleading depend on the determination of Defendant's rights and Plaintiff's duties under federal law.

Wherefore Christopher Alberti & Elizabeth Alberti respectfully removes this action from the California Superior Court for the County of Santa Clara this Court pursuant to 28 United States Code Sections 1331 and 1441.

Respectfully submitted,

**Dated:** 6/2/17

By: ______________________

Christopher Alberti & Elizabeth Alberti

In Pro Per