# EXHIBIT A

SUM-130

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

FOR COURT USE ONLY (SOLO PARA USO DE LA CORTE)

(ENDORSED) FILED
MAY - 8 2017
Clerk of the Court
Superior Court of CA County of Santa Clara
BY G. REYES DEPUTY

NOTICE TO DEFENDANT: CHRISTOPHER ALBERTI, ELIZABETH
*(AVISO AL DEMANDADO):* ALBERTI
DOES I through V, inclusive

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KENNETH ASHIZAWA

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is: Superior Court of the Santa Clara
*(El nombre y dirección de la corte es):* Judicial District, 191 North First Street, San Jose, CA 95113

CASE NUMBER: *(Número del caso):* 17CV309833

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Todd Rothbard, Attorney at Law #67351
100 Saratoga Avenue, Suite 200, Santa Clara, CA 95051
408-244-4200

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [X] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: *(Fecha)* MAY - 8 2017 Clerk, by *(Secretario)* G. REYES, Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. NOTICE TO THE PERSON SERVED: You are served
   a. [X] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify)*:
   under: [ ] CCP 416.10 (corporation) [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
   [ ] CCP 415.46 (occupant) [ ] other *(specify)*:
5. [ ] by personal delivery on *(date)*:



Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

SUMMONS—UNLAWFUL DETAINER—EVICTION

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

TODD ROTHBARD
ATTORNEY AT LAW #67351
100 Saratoga Avenue, Suite 200
Santa Clara, CA 95051
Tel.: (408)244-4200
Attorney for the Plaintiff

(ENDORSED)
FILED
MAY - 8 2017
Clerk of the Court
Superior Court of CA County of Santa Clara
BY ______________ DEPUTY
G. REYES

SUPERIOR COURT FOR THE SANTA CLARA JUDICIAL DISTRICT
LIMITED CIVIL JURISDICTION
COUNTY OF SANTA CLARA, STATE OF CALIFORNIA

| | |
|---|---|
| KENNETH ASHIZAWA<br>Plaintiff<br>vs.<br>CHRISTOPHER ALBERTI, ELIZABETH ALBERTI<br>DOES I through V, inclusive<br>Defendant(s). | No.<br>COMPLAINT FOR <u>UNLAWFUL DETAINER</u><br>*The total damages sought in this case are UNDER $10,000 |

Plaintiff alleges:

I

At all times herein mentioned, plaintiff was, and now is, an individual owner of real property in the State of California and located in the above entitled County and Judicial District.

II

The real property owned by plaintiff, possession of which is sought in this action is situated at 15047 Joanne Avenue, San Jose 95127 SANTA CLARA County, California, in the above named Judicial District.

III

The true names of defendant(s) named herein as DOES I through V, inclusive, are unknown to plaintiff who therefore sues said defendant(s) by fictitious names and prays

leave to amend this complaint to show the true names as they become known.

IV

On July 12, 2010, plaintiff rented the above described premises to defendant(s) pursuant to a written twelve month rental agreement. A copy of said agreement is attached hereto, marked "EXHIBIT A", incorporated by reference herein, and made a part hereof.

V

On February 16, 2017, plaintiff caused to be served upon defendant(s) a written notice requiring them to quit and deliver up possession of said premises effective sixty days from the date of service of said notice upon them. A copy of said notice is attached hereto, marked "EXHIBIT B", incorporated by reference herein, and made a part hereof.

VI

More than sixty days have elapsed since the date of service of said notice upon defendant(s), but defendant(s) remain in possession of said premises and have failed to vacate said premises. By virtue of the provisions of California Code of Civil Procedure section 1161(1), there is an unlawful detainer of said premises and plaintiff is entitled to possession of said premises.

VII

The reasonable rental value of said premises is the sum of $ 79.00 per day, and damages for the unlawful detainer of said premises have accrued at said rate from April 18, 2017 and will continue to accrue at said rate until such time as defendant(s) vacate said premises.

VIII

The rental agreement between the parties provides that the prevailing party in any litigation relating to the tenancy shall be entitled to recover attorney's fees and costs incurred in any such litigation. Because of defendant's failure to vacate the premises within the sixty day notice period, plaintiff has been compelled to commence litigation to regain possession of said premises and has incurred attorney's fees in the minimum sum of $ 600.00 if this matter proceeds by default, or such larger sum as may prover necessary to prosecute it in the event it is opposed or contested by defendant(s).

WHEREFORE, plaintiff prays judgment as follows:

1. For restitution of possession of said premises.
2. For damages at the rate of $79.00 per day from April 18, 2017 through the date of restitution of possession or the date of judgment herein, whichever comes first.
3. For attorney's fees of at least $600.00 .
4. For costs herein, and for such other and further relief as to the Court may seem just and proper.

Dated: May 8, 2017

TODD ROTHBARD
Attorney for the Plaintiff

ENDORSED
2017 MAY 12 AM 8:30
CLERK OF THE COURT
SUPERIOR COURT OF CA
COUNTY OF SANTA CLARA
S. ALVAREZ DEPUTY

Christopher Alberti
15047 Joanne Ave
San Jose, CA 95127
(408) 561-5249
Defendant, In Pro Per

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA

| | |
|---|---|
| Kenneth Ashizawa,<br><br>Plaintiff(s),<br><br>vs.<br><br>Christopher Alberti, Elizabeth Alberti<br><br>Defendant(s). | Case No. 17CV309832<br><br>DEFENDANT'S NOTICE OF DEMURRER AND DEMURRER TO COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES<br><br>Date: June ~~2~~ 7, 2017<br><br>Time: 9:15a.m.<br><br>Dept: 11<br><br>***Notice Of Submission Without Appearance*** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 2, 2017, at 9:15a.m., or soon thereafter, as the matter may be heard in the above-referenced Court, located at 191 N First St., San Jose, CA 95113, Defendant Christopher Alberti, will and does hereby move the Court for an order sustaining the Unlawful Detainer Complaint filed by Plaintiff without leave to amend.